UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | **19-03067** |
| **ANDRE' L. DAVIS,** | ) | **Chapter 13** |
| | ) | |
| | ) | **JUDGE THORNE** |
| Debtor(s). | ) | |

## NOTICE OF OBJECTION

*The following parties have been served via electronic mail:*
U.S. Trustee: USTPRegion11.ES.ECF@usdoj.gov
Marilyn O. Marshall, Chapter 13 Trustee: courtdocs@chi13.com

*The following party(s) have been served via regular US mail:*
Mr. Andre' L. Davis, 1011 W. 102nd St., Chicago, IL 60643
IRS, P.O. Box 7346, Philadelphia, PA 19101
D. Patrick Mullarkey, Tax Division (DOJ), P.O. Box 55, Ben Franklin Station, Washington DC 20044
United States Attorney, Civil Process Clerk, 219 S. Dearborn St., Rm. 500, Chicago, IL 60604

Please take notice that I shall appear before the following named Bankruptcy Judge, or any other Judge presiding in his stead, at Park City Branch Ct., 301 S. Greenleaf Ave., Park City, IL 60085, in the following courtroom (or any other place posted), and present the attached **Objection to Claim No. 1.2 (Internal Revenue Service)** at which time and place you may appear:

JUDGE:   THORNE
ROOM:    613
DATE:    June 19, 2019
TIME:    9:30 a.m.

/s/ Christine H. Clar
Christine H. Clar, A.R.D.C. #6202332

PROOF OF SERVICE
The undersigned does hereby certify that copies of this Notice and attachments were served to the above persons or entities, if service by mail was indicated above, by depositing same in the U.S. Mail at Wheeling, Illinois 60090, before 5:00 p.m. on May 17, 2019 with proper postage prepaid, unless a copy was provided electronically by the Bankruptcy Court.

/s/ Christine H. Clar
Christine H. Clar, A.R.D.C. #6202332
Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL 60090
847/ 520-8100

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| **In re:** | ) | **19-03067** |
| **ANDRE' L. DAVIS,** | ) | **Chapter 13** |
| | ) | |
| | ) | **JUDGE THORNE** |
| **Debtor(s).** | ) | |

### OBJECTION TO CLAIM NO. 1.2
### (INTERNAL REVENUE SERVICE

NOW COMES the debtors, ANDRE' L. DAVIS, by his attorneys, DAVID M. SIEGEL & ASSOCIATES, LLC, to present his Objection to Claims, and in support thereof states as follows:

1. Jurisdiction is proper and venue is fixed in this Court with respect to these parties.

2. The debtor filed a Chapter 13 petition February 6, 2019. The case is not yet confirmed. Marilyn O. Marshall was appointed trustee in this case.

3. The debtor listed the Internal Revenue Service as one of his creditors.

4. On March 5, 2018 the Internal Revenue Service filed a proof of claim, Claim No. 1.2 on the Claims Register for taxes, divided into unsecured, priority ($2,233.39) and unsecured general ($5,116.19), for a total amount of $7,349.58 (Exhibit A).

5. This claim contains $1,908.00 as unsecured, priority for an unfiled 2018 tax return.

6. Sometime in early April 2019 the Debtor filed his 2018 return with the Internal Revenue Service, which shows a refund due to him in the amount of $1,227.00. And on April 26, 2019 this office sent a signed copy of the 2018 return to the Internal Revenue Service's agent listed on the proof of claim, Sondra Bonton.

7. As of today, the proof of claim has not been amended for the filed return.

8. As a result of the aforementioned, the claim filed by the Internal Revenue Service should be disallowed as to the 2018 amount of $1,908.00.

WHEREFORE, pursuant to 11 U.S.C. §502(a), the debtor, ANDRE' L. DAVIS, respectfully requests that this honorable Court enter an order disallowing Claim No. 1.2 as to the 2018 amount and for such other and further relief as the Court shall deem proper.

                                                Respectfully Submitted,
/s/ Christine H. Clar
Christine H. Clar, ARDC #6202332

DAVID M. SIEGEL & ASSOCIATES, LLC
Attorneys for Debtor(s)
790 Chaddick Drive
Wheeling, IL 60090
847/520-8100
davidsiegelbk@gmail.com

# EXHIBIT A

Fill in this information to identify the case:

Debtor 1  ANDRE' L DAVIS

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: NORTHERN                District of ILLINOIS
                                                                      (State)

Case number  19-03067

Official Form 410
# Proof of Claim                                                                                04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**
Department of the Treasury - Internal Revenue Service
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**
■ No
☐ Yes.  From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Internal Revenue Service
Name

P.O. Box 7346
Number     Street

Philadelphia       PA         19101-7346
City               State      ZIP Code

Contact phone  1-800-973-0424

Contact email

Creditor Number: 27512490

Uniform claim identifier for electronic payments in chapter 13 (if you use one)

Where should payments to the creditor be sent? (if different)

Internal Revenue Service
Name

P.O. Box 7317
Number     Street

Philadelphia       PA         19101-7317
City               State      ZIP Code

Contact phone  1-800-973-0424

Contact email

**4. Does this claim amend one already filed?**
☐ No
■ Yes.  Claim number on court claims registry (if known)  1      Filed on: 02/14/2019
                                                                          MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
■ No
☐ Yes.  Who made the earlier filing?

**Part 2: Give Information About the Claim as of the Date the Case Was Filed**

**6. Do you have any number you use to identify the debtor?**
☐ No
■ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___See Attachment___

**7. How much is the claim?** $ 7,349.58

Does this amount include interest or other charges?
☐ No
■ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**
Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Taxes

**9. Is all or part of the claim secured?**
■ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**
☐ Real Estate. If the claim is secured by the debtor's principal residence, file a Mortgage Proof of Claim Attachment (Official Form 410-A) with this Proof of Claim.
☐ Motor Vehicle
☐ Other. Describe: _____

**Basis for perfection:** _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of Property:** $_____

**Amount of the claim that is secured:** $_____

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $_____

**Annual Interest Rate** (when case was filed) ____%
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**
■ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____

**11. Is this claim subject to a right of setoff?**
☐ No
■ Yes. Identify the property   See Attachment

| | | Amount entitled to priority |
|---|---|---|
| 12. Is all or part of the claim entitled to priority under 11 U.S.C. §507(a)? A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ No ■ Yes. Check all that apply: ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ |
| | ■ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ 2,233.39 |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $ |
| | *Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

The person completing this proof of claim must sign and date it.
FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

■ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  03/04/2019
                  MM / DD / YYYY


/s/ SONDRA BONTON
(Signature)

**Print the name of the person who is completing and signing this claim:**

Name     SONDRA                                              BONTON
         First name          Middle name                     Last name

Title    Bankruptcy Specialist

Company  Internal Revenue Service
         Identify the corporate servicer as the company if the authorized agent is a servicer.

Address  1240 E 9th STREET, ROOM 493
         Number     Street

         CLEVELAND                              OH           44199
         City                                   State        ZIP Code

Contact Phone  216-415-3508                     Email:

# Proof of Claim for Internal Revenue Taxes

Department of the Treasury/Internal Revenue Service



**Form 410 Attachment**

| | |
|---|---|
| Case Number | 19-03067 |
| Type of Bankruptcy Case | CHAPTER 13 |
| Date of Petition | 02/06/2019 |

**In the Matter of:** ANDRE' L DAVIS
1011 W 102ND ST
CHICAGO, IL 60643

Amendment No. 1 to Proof of Claim dated 02/13/2019.

The United States has not identified a right of setoff or counterclaim. However, this determination is based on available data and is not intended to waive any right to setoff against this claim debts owed to this debtor by this or any other federal agency. All rights of setoff are preserved and will be asserted to the extent lawful.

This claim supersedes all previously filed claims.

**Unsecured Priority Claims** under section 507(a)(8) of the Bankruptcy Code

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest to Petition Date |
|---|---|---|---|---|---|
| XXX-XX-0568 | INCOME | 12/31/2012 | 05/26/2014 | $0.00 | $325.39 |
| XXX-XX-0568 | INCOME | 12/31/2018 | 1 Estimated- SEE NOTE | $1,908.00 | $0.00 |
| | | | | $1,908.00 | $325.39 |

**Total Amount of Unsecured Priority Claims:** $2,233.39

**Unsecured General Claims**

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest to Petition Date |
|---|---|---|---|---|---|
| XXX-XX-0568 | INCOME | 12/31/2009 | 06/28/2010 | $457.80 | $304.87 |
| XXX-XX-0568 | INCOME | 12/31/2011 | 05/28/2012 | $2,082.00 | $576.34 |
| | | | | $2,539.80 | $881.21 |

Penalty to date of petition on unsecured priority claims (including interest thereon) . . . . . . $835.61
Penalty to date of petition on unsecured general claims (including interest thereon) . . . . . . $859.57

**Total Amount of Unsecured General Claims:** $5,116.19

---

1 LIABILITY IS ESTIMATED BASED ON AVAILABLE INFORMATION BECAUSE THE RETURN HAS NOT BEEN FILED. THIS CLAIM MAY BE AMENDED AS NECESSARY AFTER THE DEBTOR FILES THE RETURN OR PROVIDES OTHER REQUIRED INFORMATION.

Form G5 (20170105_bko)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>ANDRE' L. DAVIS,<br><br>Debtor(s) | BK No.: 19-03067<br><br>Chapter: 13<br><br>Honorable Deborah L. Thorne |

**ORDER SUSTAINING OBJECTION TO CLAIM 1.2**
**(INTERNAL REVENUE SERVICE)**

THIS MATTER coming to be heard upon the Debtor's Objection to Claim, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

It is hereby ORDERED:

1) Claim no. 1.2 is disallowed as to tax year 2018. The unsecured priority amount to be paid by the trustee is amended to $325.39.

Enter:

Dated:                                                                 United States Bankruptcy Judge

**Prepared by:**
Christine H. Clar, ARDC #6202332
Attorney for the Debtor
DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL 60090
847/520-8100
davidsiegelbk@gmail.com