UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 19-03067 |
| Andre' L. Davis | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Deborah L. Thorne |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER ON DEBTOR'S MOTION TO INCUR DEBT

THIS MATTER coming to be heard on the motion of Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

It is ORDERED:

1. The Debtor is granted leave to obtain financing for a vehicle in the amount of up to $17,500.00, with financing of up to 19% interest, with monthly payments of up to $400.00 per month for a 2016 Hyundai Sonata or similar vehicle.

Enter: *[signature: Deborah L. Thorne]*

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: July 24, 2019

**Prepared by:**

Alexander Preber
IARDC#6324520
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090
847-520-8100