## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 19-03067 |
| | ) | |
| ANDRE' L. DAVIS, | ) | Chapter 13 |
| | ) | |
| | ) | Judge THORNE |
| Debtor(s). | ) | |

### NOTICE OF MOTION

**The following parties have been served via electronic mail:**
US Trustee: USTPRegion11.ES.EFT@usdoj.gov
Marilyn O. Marshall, Chapter 13 Trustee: courtdocs@chi13.com

**The following party(s) have been served via regular US mail:**
See attached service list.

    Please take notice that I shall appear before the following named Bankruptcy Judge, or any other Judge presiding in his stead, at 219 S. Dearborn St., Chicago, IL 60604, and present the attached **Motion to Allow Debtor to Incur Additional Debt and Shorten Notice**, at which time and place you may appear:

| | |
|---|---|
| JUDGE: | THORNE |
| ROOM: | 613 |
| DATE: | September 11, 2019 |
| TIME: | 9:30 a.m. |

                                            /s/Christine H. Clar
                                            Christine H. Clar, A.R.D.C. #6202332
                                            Attorney for the Debtor(s)

### PROOF OF SERVICE

    The undersigned does hereby certify that copies of this Notice and attachments were served to the above persons or entities, if service by mail was indicated above, by depositing same in the U.S. Mail at Wheeling, Illinois 60090, before 5:00 p.m. on September 3, 2019 with proper postage prepaid, unless a copy was provided electronically by the Bankruptcy Court.

                                            /s/Christine H. Clar
                                            Christine H. Clar, A.R.D.C. #6202332
                                            Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL 60090
847/ 520-8100

**The following party(s) have been served via regular US mail:**

Andre' L. Davis
1011 W. 102nd Street
Chicago, IL  60643

IRS
P.O. box 7346
Philadelphia, PA  19101-7346

TitleMax of Illinois, Inc.
Dba TitleMax
15 Bull St., Ste. 200
Savannah, GA  31401

Santander Consumer USA
P.O. Box 961245
Ft. Worth, TX  76161

Verizon
By American InfoSource
4515 N. Santa Fe Ave.
Oklahoma City, OK  73118

Portfolio Recovery Assoc.
c/o HSBC Bank Nevada
P.O. Box 41067
Norfolk, VA  23541

Navient Solutions
Dept. of Education Loan Services
P.O. Box 9635
Wilkes-Barre, PA  18773-9635

Illinois Dept. of Revenue
Bankruptcy Unit
P.O. Box 19035
Springfield, IL  62794-9035

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| **In Re:** | ) | 19-03067 |
| | ) | |
| **ANDRE' L. DAVIS,** | ) | |
| | ) | **Chapter 13** |
| | ) | |
| | ) | **Judge THORNE** |
| Debtor(s). | ) | |

### MOTION TO ALLOW DEBTOR TO INCUR ADDITIONAL DEBT AND SHORTEN NOTICE

NOW COMES the Debtor, by and through his attorneys, DAVID M. SIEGEL & ASSOCIATES, LLC, to present his Motion, and in support thereof states as follows:

1. Jurisdiction is proper and venue is fixed in this Court with respect to these parties.

2. On February 6, 2019 the Debtor filed a voluntary petition for relief pursuant to Chapter 13 under Title 11 USC, and the Chapter 13 plan was confirmed on August 7, 2019. Marilyn O. Marshall was appointed Trustee in this case.

3. On July 24, 2019, before the case was confirmed, a Motion to Allow Debtor in Incur Additional Debt was granted for a 2016 Hyundai Sonata or similar vehicle, for an amount up to $17,500.00, with financing of up to 19% interest, and with monthly payments of up to $400.00 per month. (Exhibit A).

4. That Debtor did not purchase that car from Motor World.

5. That he has obtained a new quote from Sherman Dodge for a 2013 Lincoln MKZ AW, in the amount of $17,500.00 financed, at 16.75% interest, and with monthly payments of $388.13. (Exhibit B).

6. That Debtor has the ability to pay for said vehicle as the monthly payment is already scheduled in his budget.

7. No creditors shall be prejudiced by the granting of this motion.

Document Page 4 of 8

WHEREFORE, the Debtor, ANDRE' L. DAVIS, prays that this Honorable Court grant the Motion to Allow Debtor to Incur Additional Debt and Shorten Notice.

                                                    Respectfully Submitted,

                                                    /s/Christine H. Clar
                                        Christine H. Clar, ARDC #6202332
                                        Attorney for Debtor(s)

DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL 60090
847/ 520-8100
davidsiegelbk@gmail.com

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                )    BK No.:  19-03067
Andre' L. Davis                       )
                                      )    Chapter: 13
                                      )    Honorable Deborah L. Thorne
                                      )
                                      )
         Debtor(s)                    )

### ORDER ON DEBTOR'S MOTION TO INCUR DEBT

THIS MATTER coming to be heard on the motion of Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

It is ORDERED:

1. The Debtor is granted leave to obtain financing for a vehicle in the amount of up to $17,500.00, with financing of up to 19% interest, with monthly payments of up to $400.00 per month for a 2016 Hyundai Sonata or similar vehicle.

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: July 24, 2019

**Prepared by:**

Alexander Preber
IARDC#6324520
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090
847-520-8100

# EXHIBIT B

# RETAIL INSTALLMENT CONTRACT – MOTOR VEHICLE – SIMPLE INTEREST

No. 567386

## FEDERAL TRUTH-IN-LENDING DISCLOSURE STATEMENT

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your downpayment of $ 1000.00 |
|---|---|---|---|---|
| 16.75 % | $ 10445.36 | $ 17500.00 | $ 27945.36 | $ 28945.36 |

### Your payment schedule will be:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | $ 388.13 | monthly beginning 09/25/2019 |
| N/A | $ N/A | N/A |

**Security:** You are giving a security interest in the goods being purchased and in any moneys, credits or other property of yours in the possession of the Assignee, on deposit or otherwise.

**Late Charge:** If any payment is ten (10) days late, you will be charged: i) 5% of the installment if the installment is in excess of $200.00; or ii) $10.00 if the installment is for $200.00 or less.

**Prepayment:** You have the right to prepay the unpaid balance in full or in part at anytime without penalty.
See your contract terms below and on the reverse side for any additional information about nonpayment, default, any required repayment in full before the scheduled date, prepayment refunds and penalties and further information about security interests.

### Itemization of Amount Financed

| | | |
|---|---|---|
| 1. Cash Price | $ | 16461.53 |
| Less Cash Downpayment | $ | 1000.00 |
| Less Other Downpayment (describe) N/A | $ | N/A |
| Value of Trade-In N/A Trade $ | | |
| Lien Payoff $ N/A | | |
| To N/A Net Trade $ | | N/A |
| 2. Total Downpayment | $ | 1000.00 |
| (If negative enter "0" and see "Unpaid Balance Due on Trade-In" below) | | |
| 3. Unpaid Balance of Cash Price | $ | 15461.53 |
| **Amount Paid to Others for You** | | |
| *WE MAY BE RETAINING A PORTION OF THIS AMOUNT | | |
| Unpaid Balance Due on Trade-In | $ | N/A |
| N/A | | |
| Year, Make, Model of Buyer's Trade-In | | |
| (Paid to) N/A | | |
| *Insurance Companies: | | |
| • N/A | $ | N/A |
| • N/A | $ | N/A |
| • N/A | $ | N/A |
| Public Officials (Licenses, Title & Taxes) | $ | 1833.66 |
| *Paid to ERT Service Provider for Optional ERT Fee | $ | 25.00 |
| Other Charges (describe) | | |
| *To DOC FEE | $ | 179.81 |
| *To N/A | $ | N/A |
| *To N/A | $ | N/A |
| *To N/A | $ | N/A |
| *To N/A | $ | N/A |
| *To N/A | $ | N/A |
| 4. Total Other Charges & Amount Paid to Others for You | $ | 2038.47 |
| 5. Amount Financed (3 + 4) | $ | 17500.00 |

Buyer(s): ANDRE DAVIS
(Names)
1011 W 102ND  CHICAGO IL 60543
(Address)  (City) (State) (Zip)

Buyer(s): N/A
(Names)
N/A
(Address)  (City) (State) (Zip)

Seller: SHERMAN DODGE, INC.
(Corporate Firm or Trade Name)
7601 SKOKIE BLVD. SKOKIE IL 60077
(Business Address)  (City) (State) (Zip)

Seller hereby sells and Buyer or Buyers, jointly and severally, hereby purchase the following motor vehicle with accessories and equipment thereon for the deferred payment price and on the terms set forth in this contract. Buyer acknowledges delivery and acceptance of said motor vehicle.
The vehicle will be used primarily for personal, family, household or agricultural purposes. However, if the following box is checked the vehicle will be used primarily for business or commercial purposes. ☐

| New or Used | Year | Make of Vehicle | Model | Body Style | No. Cyl. | Vehicle Identification Number | Body Color | Odometer | Key No. |
|---|---|---|---|---|---|---|---|---|---|
| USED | 2013 | LINCOLN | MKZ AW | 4DR AWD | 6 | 3LN6L2JK2DR801818 | RED | 69210 | N/A |

**Buyer Promises to pay to the order of Seller at the offices of:**
AVID ACCEPTANCE LLC  (Assignee) located in SANDY, UT
the Amount Financed shown above together with a Finance Charge on the principal balance of the Amount Financed from time to time unpaid at the rate of 16.75 %
per annum from date until maturity in 71 installments of $ 388.13 each and a final installment of $ 388.13 beginning on SEPTEMBER 25th, 2019 and continuing on the same day of each successive month thereafter until fully paid. All payments shall be applied first to accrued Finance Charge and the balance to principal. The Finance Charge has been computed on the scheduled unpaid balances of the Amount Financed on the assumption that all scheduled installments will be paid when due. Guarantor, if any, guarantees collection of all amounts due under this contract upon failure of the Seller to collect from the Buyer named herein. Herein, Holder means the motor vehicle retail Seller, sales finance agency, or any other Assignee that purchases or makes a loan upon the security of this retail installment contract.

**ILLINOIS NOTICE REGARDING USED VEHICLES**
The following applies only if the vehicle is a used vehicle and is not an antique vehicle as defined in the Illinois Vehicle Code, or a collector motor vehicle and does