UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>ANDRE' L. DAVIS,<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:  19-03067<br><br>Chapter:  13<br>Honorable Deborah L. Thorne |

## ORDER GRANTING LEAVE TO INCUR ADDITONAL DEBT AND SHORTEN NOTICE

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

It is hereby ORDERED:

1) The Debtor is granted leave to obtain financing in the amount of up $18,000.00, with financing of up to 17.50% interest, with monthly payments of up to $400.00 per month for a 2013 Lincoln MKZ AW or similar vehicle.

2) That the leave to shorten notice is granted.

Enter: *[signature: Deborah L. Thorne]*

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated:  September 11, 2019

**Prepared by:**

Christine H. Clar, ARDC #6202332
Attorney for the Debtor
DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL  60090
847/520-8100
davidsiegelbk@gmail.com