UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In Re: | ) | 19-03067 |
| --- | --- | --- |
| | ) | |
| Andre' L. Davis, | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Hon. Judge Deborah L. Thorne |

## NOTICE OF MOTION

TO: See attached list

On June 16, 2021, at 1:30 p.m., I will appear before the Honorable Deborah L. Thorne, or any judge sitting in that judge's place, and present this motion, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:
    **To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID 160 9362 1728 and no password required.
    **To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.
    **Meeting ID and password.** The meeting ID for this hearing is **160 9362 1728** – no password required. The meeting ID and further information can also be found on Judge Thorne's web page on the court's website.

    **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

    Movant: Andre' L. Davis
    By: Michael R. Colter, II
    David M. Siegel & Assoc., LLC
    790 Chaddick Drive
    Wheeling, IL 60090
    (847) 520-8100
    mcolter@davidmsiegel.com

## CERTIFICATE OF SERVICE

    I, Michael R. Colter, II, certifies that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on May 20, 2021, at 5:00 p.m.

*To the following persons or entities who have been served via electronic mail:*
U.S. Bankruptcy Trustee: USTPRegion11.ES.ECF@usdoj.gov
Marilyn O. Marshall, Chapter 13 Trustee: thocall@chi13.com

*To the following persons or entities who have been served via U.S. Mail:*

Andre' L. Davis
1011 W. 102nd Street
Chicago, IL 60643

IRS
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

TitleMax of Illinois, Inc.
d/b/a/ TitleMax
15 Bull Street, Suite 200
Savannah, GA 31401

Santander Consumer USA Inc.
P.O. Box 961245
Fort Worth, TX 76161

Verizon
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118

Portfolio Recovery Associates, LLC
c/o Hsbc Bank Nevada, N.a
POB 41067
Norfolk VA 23541

Navient Solutions, LLC. on behalf of
Department of Education Loan Services
PO BOX 9635
Wilkes-Barre, PA 18773-9635

Illinois Department of Revenue
P.O. Box 19035
Bankruptcy Unit
Springfield, IL 62794-9035

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 19-03067 |
| | ) | |
| Andre' L. Davis, | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Hon. Judge Deborah L. Thorne |

## MOTION TO MODIFY PLAN

NOW COMES the Debtor, Andre' L. Davis, by and through their attorney, David M. Siegel & Associates, LLC, to present this Motion, and in support thereof states as follows:

1) This Court has jurisdiction pursuant to 28 U.S.C. § 1334 and Internal Operating Procedure 15(a) of the U.S. District Court for the Northern District of Illinois.

2) On February 6, 2019, Debtor filed for relief under Chapter 13 of Title 11 USC, and Marilyn O. Marshall was appointed trustee in the case.

3) Debtor's Plan currently requires monthly payments of $150.00, with general unsecured creditors receiving no less than 10% of their allowed claims.

4) Debtor has been impacted by the COVID-19 pandemic and has been unable to find work since April 2020. Despite this, Debtor has made some monthly payments to the trustee during the last year.

5) Debtor had a dispute with Illinois Department of Employment Security in January 2021, which has been resolved, and Debtor is receiving unemployment benefits again.

6) Debtor continues looking for work but has not found gainful employment.

7) Debtor seeks to modify his plan under § 1329 to defer the default to the end of the plan and to modify his plan under § 1329 and lower his plan payment to $100.00 per month.

8) Debtor also seeks to modify his plan under § 1329 to extend the plan to 84 months from the date of filing allowed for by the C.A.R.E.S. Act amendments to the bankruptcy code.

9) The general unsecured creditors will still receive no less than 10% of allowed claims.

10) The Debtor seeks these modifications without the intent to commit fraud. The Debtor seeks to continue paying his creditors and would like to avoid being forced to refile.

WHEREFORE, the Debtor, Andre' L. Davis, prays that this Honorable Court enter an Order Modifying Debtor's Chapter 13 Plan and for other such relief as the Court deems fair and proper.

Respectfully Submitted,

/s/ Michael R. Colter, II
Michael R. Colter, II, A.R.D.C. #6304675
Attorney for the Debtor